# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

QUINTIN WEBB, et al.,

                Plaintiffs,

v.                                      Case No: 05-2137-JWL

DELUXE FINANCIAL SERIVCES, INC.,

                Defendant.

## ORDER

On August 9, 2005, the defendant filed a motion to transfer this action to the Honorable Carlos Murguia (doc. 11) and to date, no response has been filed by the plaintiff. The court has reviewed the motion and finds that it should be granted as unopposed and because the court can envision both judicial economy and avoidance of inconsistent rulings by having this case transferred to Judge Murguia.

IT IS THEREFORE ORDERED BY THE COURT that defendant's motion to transfer this action to the Honorable Carlos Murguia (doc. 11) is **granted as unopposed.**

IT IS SO ORDERED.

Dated in Kansas City, Kansas this 12th day of September, 2005.

                                                          s/ John W. Lungstrum
                                                          John W. Lungstrum
                                                          District Judge