**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Quintin Webb, et al., ) | |
| ) | |
| plaintiffs, ) | |
| ) | |
| v. ) | Case No.   05-2137-CM |
| ) | |
| Deluxe Financial Services, Inc., ) | |
| ) | |
| defendant. ) | |
| _____) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff, Erica Gibbs, and defendant, Deluxe Financial Services, Inc., hereby stipulate to the dismissal of Erica Gibbs as a plaintiff in the above-styled case with prejudice, each side to bear its own costs and fees including attorneys fees.  The parties stipulate to the dismissal of all of claims asserted by Erica Gibbs including without limitation all claims asserted by Erica Gibbs individually, all claims asserted by Erica Gibbs on behalf of a putative class of African Americans or any other group, and all claims asserted on behalf of Erica Gibbs as a member of a putative class of African Americans or any other group.

Respectfully submitted,

SLOAN, EISENBARTH, GLASSMAN,
MCENTIRE & JARBOE, L.L.C.


By:  *s/ Stephen D. Lanterman*
    Stephen D. Lanterman    KS# 18844
    Alan V. Johnson    KS# 9992
    714 Capitol Federal Building
    700 Kansas Avenue
    Topeka, KS  66603-3881
    (785) 357-6311 (telephone)
    (785) 357-0152 (facsimile)

ATTORNEYS FOR ERICA GIBBS

and

STINSON MORRISON HECKER LLP


By:  *s/Paul E. Donnelly*
    Paul E. Donnelly    KS # 70156
    Sean W. Colligan    KS # 70142
    Brian R. Markley    KS # 17485
    1201 Walnut Street, Suite 2400
    Kansas City, Missouri 64106
    Telephone: (816) 842-8600
    Facsimile: (816) 691-3495

ATTORNEYS FOR DEFENDANT
DELUXE FINANCIAL SERVICES, INC.