### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Quintin Webb, et al., ) | |
| plaintiffs, ) | |
| v. ) | Case No.   05-2137-CM |
| Deluxe Financial Services, Inc., ) | |
| defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff, Diana Tucker, and defendant, Deluxe Financial Services, Inc., hereby stipulate to the dismissal of Diana Tucker as a plaintiff in the above-styled case <u>with prejudice</u>, each side to bear its own costs and fees including attorneys fees.  The parties stipulate to the dismissal of all of claims asserted by Diana Tucker including without limitation all claims asserted by Diana Tucker individually, all claims asserted by Diana Tucker on behalf of a putative class of African Americans or any other group, and all claims asserted on behalf of Diana Tucker as a member of a putative class of African Americans or any other group.

Respectfully submitted,

SLOAN, EISENBARTH, GLASSMAN,
MCENTIRE & JARBOE, L.L.C.


By: *s/ Alan V. Johnson*
   Stephen D. Lanterman   KS# 18844
   Alan V. Johnson   KS# 9992
   714 Capitol Federal Building
   700 Kansas Avenue
   Topeka, KS 66603-3881
   (785) 357-6311 (telephone)
   (785) 357-0152 (facsimile)

ATTORNEYS FOR DIANA TUCKER

and

STINSON MORRISON HECKER LLP


By: *s/Paul E. Donnelly*
   Paul E. Donnelly   KS # 70156
   Sean W. Colligan   KS # 70142
   Brian R. Markley   KS # 17485
   1201 Walnut Street, Suite 2400
   Kansas City, Missouri 64106
   Telephone: (816) 842-8600
   Facsimile: (816) 691-3495

ATTORNEYS FOR DEFENDANT
DELUXE FINANCIAL SERVICES, INC.