# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **QUINTIN WEBB, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 05-2137-CM |
| ) | |
| **DELUXE FINANCIAL SERVICES, INC.,** ) ) | |
| **Defendant.** ) | |
| ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order filed August, 15, 2008, plaintiff to take nothing and the action is dismissed on the merits.  Defendants to recover of plaintiff their costs of action.

Date:   April 18, 2008                                              TIMOTHY O'BRIEN, Clerk

                                                                                  By: s/ Jennifer Walton
                                                                                          Jennifer Walton, Deputy Clerk